UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE: **Brian Keith Cortez**<br>**Docket Number: 1:10CR00450-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Brian Keith Cortez is requesting permission to travel to the Ancash Region of Peru. He is current with all supervision obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 6, 2012, Brian Keith Cortez was sentenced for the offense(s) of Attempt to Evade or Defeat a Tax.

**Sentence Imposed:** 18 months BOP; 36 months TSR; $100 SA; $199,160 Restitution; Mandatory drug testing

**Dates and Mode of Travel:** November 27 – December 3, 2013; via airlines

**Purpose:** Employment opportunity

1

**RE:** Brian Keith Cortez
      Docket Number:  1:10CR00450-001
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/S/ Hubert J. Alvarez*

**HUBERT J. ALVAREZ**
**Supervising U.S. Probation Officer**

Dated:   November 20, 2013
         Fresno, California
         HJA/mb

---

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

IT IS SO ORDERED.

Dated:  November 20, 2013            _____
                                     SENIOR  DISTRICT  JUDGE

2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX